428 A.2d 674

## Wayne County Bank and Trust Co. v. Leisurelife Corp. of America, Appellant.

Reconsideration Denied Nov. 5, 1980.

 Argued June 9, 1970. Henry M. Biglan, for appellant; Andrew Hailstone, for appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order affirmed.